UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 10-31842-LMK
CHAPTER 13 CASE

IN RE:

MICHAEL P. TROMBETTI
HANNAH TROMBETTI

Debtors.
_______________________________/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

THIS CASE came upon the Motion for Relief from Stay filed by **U.S. BANK, N.A. ITS SUCCESSORS AND/OR ASSIGNS**, a secured creditor. The Court having considered said Motion and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED:

1. That the Motion for Relief from Stay be, and it is hereby, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described in:

**ALL THAT TRACT OF PARCEL 0F LAND LYING AND BEING IN LAND LOT 226 OF THE 16TH DISTRICT, 2ND SECTION OF COBB COUNTY, GEORGIA, BEING LOT 5, BLOCK F, CANTERBURY NORTH, UNIT 2, AS PER PLAT RECORDED IN PLAT BOOK 59, PAGE 157, COBB COUNTY, GEORGIA REOCRDS.**

**Street Address: 4120 ENGLAND COURT, MARIETTA, GA 30066**

2. It is further ORDERED, ADJUDGED AND DECREED that the Order Granting Relief from Automatic Stay be and is hereby entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under

applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. The fourteen (14) days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a) (3) is waived so that **U.S. BANK, N.A. ITS SUCCESSORS AND/OR ASSIGNS** can pursue its in rem remedies without further delay.
4. A State Court Judge is permitted to determine reasonable bankruptcy fees and cost to the Movant, which arose out of the instant bankruptcy case.

DONE AND ORDERED at Pensacola, Florida, this the 25th day of January, 2011.

Lewis M.Killian, Jr.
United States Bankruptcy Judge

Copies furnished to:

LEIGH D. HART, TRUSTEE
P.O. BOX 646
TALLAHASSEE, FL 32302

MICHAEL P. TROMBETTI
2924 HIDDEN BAY BLVD
NAVARRE, FL 32566

MARTIN S. LEWIS,., ESQ.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

HANNAH TROMBETTI
2924 HIDDEN BAY BLVD
NAVARRE, FL 32566

***U.S. Trustee***
**United States Trustee**
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301